Brodeur *v.* Republic Construction Co.—77 Ind. App. 701.

*Clinton H. Givan* and *Noble H. Wible,* for appellants.
*Pickens, Cox & Conder* and *William D. Bain,* for appellee.

McMAHAN, J.—The questions presented by this appeal are the same as were presented in *Kellems* v. *Republic Construction Company, ante* 18, and on the authority of that case, the judgment is affirmed.

---

## BRODEUR *v.* REPUBLIC CONSTRUCTION COMPANY.

[No. 11,159.   Filed June 23, 1921.   Rehearing denied November 30, 1921.]

From Marion Circuit Court (28,828) ; *Louis B. Ewbank,* Judge.

Action between Clara B. Brodeur and the Republic Construction Company. From the judgment rendered, the former appeals. *Affirmed.*

*Clinton H. Givan* and *Noble H. Wible,* for appellant.
*Pickens, Cox & Conder* and *William D. Bain,* for appellee.

McMAHAN, J.—The questions presented by this appeal are the same as were presented in *Kellems* v. *Republic Construction Company, ante* 18, and on the authority of that case the judgment is affirmed.

---

## BRODEUR *v.* REPUBLIC CONSTRUCTION COMPANY.

[No. 11,160.   Filed June 23, 1921.   Rehearing denied November 30, 1921.]

From Marion Circuit Court (28,829) ; *Louis B. Ewbank,* Judge.

Action between Theodore P. Brodeur and the Republic Construction Company. From the judgment rendered, the former appeals. *Affirmed.*

*Clinton H. Givan* and *Noble H. Wible,* for appellant.
*Pickens, Cox & Conder* and *William D. Bain,* for appelle.

McMAHAN, J.—The questions presented by this appeal are the same as were presented in *Kellems* v. *Republic Construction Co., ante* 18, and on the authority of that case the judgment is affirmed.